**Shara VALENTINO, Plaintiff— Appellant,**

v.

**SCI OREGON FUNERAL SERVICES, INC.; et al., Defendants— Appellees.**

No. 03–35560.

United States Court of Appeals, Ninth Circuit.

---

208

Submitted: Nov. 3, 2004.*

Decided: Jan. 31, 2005.

William D. Stark, Salem, OR, for Plaintiff–Appellant.

Bruce A. Rubin, Esq., J. Michael Porter, Tamara E. Russell, Miller Nash, LLP, Portland, OR, for Defendants–Appellees.

Before: TROTT and KLEINFELD, Circuit Judges, and POLLAK,** District Judge.

MEMORANDUM ***

We affirm the district court's granting of summary judgment to the defendants.

Valentino has not provided "substantial" and "specific" evidence that shows that SCI's reason for her termination was pretextual.[1] Valentino refused to work the required hours and was therefore terminated. Both males and females were subject to the same directive. The only similarly situated man who was not required to work at the time Valentino refused was thought by management to be leaving and dying of cancer, so relieving him of the work did not imply a motive of sex discrimination in not relieving Valentino.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).
** The Honorable Louis H. Pollak, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation.
*** This disposition is not appropriate for publication and may not be cited to or by the

The district court did not abuse its discretion in excluding the disputed items of Valentino's evidence.

AFFIRMED.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. *Godwin v. Hunt Wesson, Inc.,* 150 F.3d 1217, 1222 (9th Cir.1998).

